USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/28/20

# SABHARWAL & FINKEL LLC
### Attorneys and Counselors at Law
250 PARK AVENUE, 7TH FLOOR
NEW YORK, NY 10177
Tel: (646) 409 2789
E-MAIL: ADAM@SABFINK.COM

February 28, 2020

**VIA ECF**
Hon. Ronnie Abrams, U.S.D.J.
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, New York 10007

Re: *ICICI Bank Limited, New York Branch v. Vishal Doshi, et al.*, No.: 19-cv-11788 (RA)

Dear Judge Abrams:

My firm represents the plaintiffs ICICI Bank Limited, New York Branch and ICICI Bank UK plc (collectively, the "Plaintiffs") in the above matter.

We have received the Court's Order and Notice of Initial Conference dated January 3, 2020 (the "Order"), and submit this letter in reference thereto. The Order calls for a joint letter; however, all the defendants (a total of sixteen (16) defendants) are residents overseas and have not yet been served, as further discussed below.

Status of service on each of the defendants is as follows:

**Ten (10) Defendants Resident in India: Darshan Banuchandran Shah, Geeta Doshi, Genashi Gems Private Limited, Gurudas Patwardhan, Hiren Shah, Nihar Parikh, Sanjay Shah, Shreyas Doshi, Trezza Jewels LLC, Vishal Doshi.**

For each of these ten (10) defendants, Plaintiffs have commenced service of process under The Hague Convention, utilizing the services of Process Service Network, 21218 Merridy Street, Chatsworth, CA 9111 (the "Process Server"). Enclosed herewith are Forms USM-94 for each of these defendants as completed and transmitted to the Ministry of Law and Justice, New Delhi, India by the Process Server on February 13, 2020. Also enclosed herewith is the Process Server's proof of mailing.

**One (1) Defendant Resident in Dubai, United Arab Emirates ("UAE"): Alpesh Panchal.**

The Process Server commenced service of process efforts by way of personal service (as per UAE laws) on this defendant on February 10, 2020. We are awaiting further word from the Process Server.

**Two (2) Defendants Resident in Antwerp, Belgium: Apoorva Doshi and Ami Doshi.**

Plaintiffs are in the process of settlement discussions with these two defendants, who have received copies of the Court papers via email but have requested that Plaintiffs hold formal service during settlement discussions. If settlement discussions fail to materialize by March 13, 2020 it is Plaintiffs' intention to serve these two defendants through the Clerk of Court via Federal Express (as allowed by the Rules of the Southern District and by the laws of Belgium).

**Three (3) Defendants for whom Plaintiffs do not yet have current addresses: Rachna Doshi, Shrikrishna Sant and Shriraj Deshpande.**

Plaintiffs are diligently continuing efforts to obtain current addresses for these three defendants. Each of the last known addresses was overseas.

In light of the fact that service efforts are continuing, which Plaintiffs have pursued and will continue to pursue diligently, Plaintiffs respectfully request a further Order from the Court adjourning the dates for submission of the joint letter currently due on February 28, 2020 and the initial status conference currently scheduled for March 6, 2020 *sine die*, and ordering a status report on our service efforts within ninety (90) days, to be followed by a subsequent Order setting dates for the requisite joint submissions and initial conference before the Court.

Doing so will allow Plaintiffs to complete service (Hague Convention Service in India is a very slow process, often taking more than 90 days), and also afford the Defendants sufficient time to enter an appearance, so that Plaintiffs and Defendants can file the requisite joint submissions and jointly appear for the initial conference. Plaintiffs will notify each defendant of such further and subsequent Orders as soon as Plaintiffs accomplish service on each defendant, and will file the requisite notification affidavit with the Court.

We thank Your Honor for your time and consideration.

Respectfully,

/s/ Adam Finkel

Adam Finkel

Enclosures

> Application granted.
>
> SO ORDERED
>
> Hon. Ronnie Abrams
> 2/28/2020