# SABHARWAL & FINKEL LLC

**Attorneys and Counselors at Law**
250 PARK AVENUE, 7TH FLOOR
NEW YORK, NY 10177
Tel: (646) 409 2789
E-MAIL: ADAM@SABFINK.COM

November 16, 2020

**VIA ECF**
Hon. Sarah L. Cave, U.S.M.J.
United States District Court for the Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, New York 10007

Re: *ICICI Bank Limited, New York Branch v. Vishal Doshi, et al.,* No.: 19-cv-11788 (RA)

Dear Judge Cave:

My firm represents the plaintiffs ICICI Bank Limited, New York Branch and ICICI Bank UK plc (collectively, the "Plaintiffs") in the above matter.

**Default Judgment against Defendant Alpesh Panchal**: This to follow up as per my letter to the Court dated October 9, 2020 as a result of which the Court granted Plaintiffs up to November 17, 2020 to file a motion for default judgment against Defendant Alpesh Panchal. [Docket 60].

Plaintiffs have been unable to confirm that the Dubai UAE address at which Defendant was served is an accurate address for him. Accordingly, rather than file a motion for default, Plaintiffs are continuing to look for an accurate address for this Defendant, along with addresses for three (3) other Defendants – Rachna Doshi, Shrikrishna Sant and Shriraj Deshpande.

**Settlement with Defendants Apoorva Doshi and Ami Doshi**: A settlement agreement is being finalized between the Plaintiffs and these two (2) defendants. We expect to complete this process in the next two (2) to three (3) weeks.

We will keep the Court informed of developments.

We thank Your Honor for your time and consideration.

Respectfully,

/s/ Adam Finkel

Adam Finkel

cc: Defendant Apoorva Doshi, *pro se* (via electronic mail)