UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ICICI BANK LTD. NEW YORK BRANCH, et al.,

            Plaintiffs,

-v-

            CIVIL ACTION NO.: 19 Civ. 11788 (RA) (SLC)

DOSHI, et al.,

            **ORDER**

            Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Having been advised that Plaintiffs have successfully served Defendants Geeta Doshi, Darshan Shah, Genashi Gems, and Trezza Jewels (ECF No. 79), the Court orders that all documents previously filed under seal in this case be UNSEALED. The Clerk of Court is respectfully directed to make the documents filed at ECF Nos. 67–72, 74, and 76–79 available to the public.

By **August 17, 2021**, Plaintiffs shall file a further status report confirming service on Defendants Alpesh Panchal, Shrikrishna Sant, Shriraj Deshpande, and Rachna Doshi.

Dated:    New York, New York
            June 14, 2021

                              SO ORDERED

                              _____
                              **SARAH L. CAVE**
                              **United States Magistrate Judge**