UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ICICI BANK LTD. NEW YORK BRANCH, <u>et</u> <u>al</u>.,<br><br>                              Plaintiffs,<br><br>              -v-<br><br>VISHAL DOSHI, <u>et</u> <u>al</u>.,<br><br>                              Defendants. | |

CIVIL ACTION NO.: 19 Civ. 11788 (RA) (SLC)

<u>**ORDER**</u>

**SARAH L. CAVE,** United States Magistrate Judge.

The Complaint in this action was filed on December 26, 2019.  (ECF No. 5).  Plaintiffs originally named 16 defendants.  (<u>Id.</u>)  Two defendants were dismissed by court-ordered stipulation (ECF No. 75), and fourteen defendants remain.

Plaintiffs have advised the Court that, on March 10, 2021, they served defendant Sanjay Shah (ECF No. 72) and that, on June 14, 2021, they served defendants Geeta Doshi, Darshan Shah, Genashi Gems, and Trezza Jewels (collectively and together with Sanjay Shah, the "Served Defendants") (ECF No. 79).  The deadlines for the Served Defendants have passed and no answers have been filed.  Separately, on July 7, 2021, the Clerk of Court issued Certificates of Default as to defendants Hiren Shah, Gurudas Patwardhan, Vishal Doshi, Shreyas Doshi, and Nihar Parikh (the "Defaulting Defendants").  (ECF Nos. 102–06).  On August 16, 2021, Plaintiffs' counsel advised the Court that they are in settlement discussions with defendants Shrikrishna Sant and Shriraj Deshpande, and that they are in consultation with their clients on electronic means by which to serve defendants Rachna Doshi and Alpesh Panchal (collectively and together with Shrikrishna Sant and Shriraj Deshpande, the "Remaining Defendants").  (ECF No. 107).

Accordingly, the Court orders as follows:

1. By **August 24, 2021,** Plaintiffs shall request Certificates of Default as to the Served Defendants from the Clerk of Court**;**

2. By **September 16, 2021**, Plaintiffs shall file a Motion for Default Judgement in accordance with the Individual Practices of the Honorable Ronnie Abrams, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 as to the Served Defendants; and

3. By **November 17, 2021**, Plaintiff shall file a further status report as to their settlement discussions with and efforts to serve the Remaining Defendants.

Dated:      New York, New York
            August 17, 2021

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**