UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ICICI BANK LTD. NEW YORK BRANCH, et al.,

              Plaintiffs,

-v-

             CIVIL ACTION NO.: 19 Civ. 11788 (RA) (SLC)

VISHAL DOSHI, et al.,

             **ORDER**

              Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

On August 17, 2021, the Court directed Plaintiffs, inter alia, to file a Motion for Default (the "Motion") as to defendants identified as the Served Defendants by September 16, 2021 (the "Aug. 17, 2021 Order").  (ECF No. 108 at 2).  Plaintiffs are hereby ORDERED to include in their Motion those defendants identified in the Aug. 17, 2021 Order as the Defaulting Defendants.  All other terms of the Aug. 17, 2021 Order remain in effect.

Dated:      New York, New York
              August 18, 2021

                                      SO ORDERED.

                                      _____
                                      **SARAH L. CAVE**
                                      **United States Magistrate Judge**