UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 07/13/2022

| | |
|---|---|
| ICICI BANK LIMITED, NEW YORK BRANCH and ICICI BANK UK PLC,<br><br>Plaintiffs,<br><br>v.<br><br>VISHAL DOSHI, SHREYAS DOSHI, GEETA DOSHI, RACHNA DOSHI, DARSHAN BANUCHANDRA SHAH APOORVA DOSHI, AMI DOSHI, NIHAR PARIKH, GURUDAS PATWARDHAN, ALPESH PANCHAL, SHRIRAJ DESHPANDE, SANJAY SHAH, SHRIKRISHNA SANT, HIREN SHAH, GENASHI GEMS PRIVATE LIMITED, and TREZZA JEWELS LLP,<br><br>Defendants. | No. 19-CV-11788 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On July 7, 2021, the Clerk of Court entered certificates of default against Defendants Gurudas Patwardhan, Hiren Shah, Nihar Parikh, Shreyas Doshi, and Vishal Doshi. On September 10, 2021, the Clerk of Court entered certificates of default against Defendants Darshan Banuchandra Shah, Geeta Doshi, Trezza Jewels LLP, and Genashi Gems Private Limited. And on October 12, 2021, the Clerk of Court entered a certificate of default against Defendant Rachna Doshi. On October 15, 2021, Plaintiffs moved for default judgment against those Defendants and served that motion on them pursuant to Federal Rule of Civil Procedure 5(b)(2)(C). Upon consideration of that motion and supporting documents, it is hereby:

ORDERED that answering papers, if any, should be served upon Plaintiffs and filed on the docket by August 2, 2022.

IT IS FURTHER ORDERED that defaulting Defendants show cause at a telephonic conference on August 9, 2022 at 3:00 p.m. why a default judgment should not be entered in favor of Plaintiffs for the relief requested in the Complaint.  The parties shall use the dial-in information provided below to call in to the conference:

    Call-in Number: (888) 363-4749
    Access Code: 1015508

This conference line is open to the public.

SO ORDERED.

Dated:    July 13, 2022
             New York, New York

                                            Ronnie Abrams
                                            United States District Judge