USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 08/09/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ICICI BANK LIMITED, NEW YORK BRANCH and ICICI BANK UK PLC,

    Plaintiffs,

v.

VISHAL DOSHI, SHREYAS DOSHI, GEETA DOSHI, RACHNA DOSHI, DARSHAN BANUCHANDRA SHAH APOORVA DOSHI, AMI DOSHI, NIHAR PARIKH, GURUDAS PATWARDHAN, ALPESH PANCHAL, SHRIRAJ DESHPANDE, SANJAY SHAH, SHRIKRISHNA SANT, HIREN SHAH, GENASHI GEMS PRIVATE LIMITED, and TREZZA JEWELS LLP,

    Defendants.

No. 19-CV-11788 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    For the reasons stated on the record at today's Order to Show Cause hearing, Plaintiffs' motion for default judgment is denied without prejudice. Plaintiffs shall file an amended complaint by no later than August 23, 2022 to the extent they have a good-faith basis to do so. The Clerk of Court is respectfully directed to terminate the motion at docket number 138.

SO ORDERED.

Dated:   August 9, 2022
          New York, New York

                                        Ronnie Abrams
                                        United States District Judge