```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/9/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ICICI BANK LIMITED, NEW YORK BRANCH
and ICICI BANK UK PLC,

       Plaintiffs,

    v.

VISHAL DOSHI, SHREYAS DOSHI, GEETA DOSHI, RACHNA DOSHI, DARSHAN BANUCHANDRA SHAH, NIHAR PARIKH, GURUDAS PATWARDHAN, SANJAY SHAH, HIREN SHAH, GENASHI GEMS PRIVATE LIMITED, and TREZZA JEWELS LLP.,

       Defendants.

19-CV-11788 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  On August 9, 2022, the Court held a hearing to determine whether default judgment should be entered against Defendants. At that hearing, the Court denied Plaintiffs' motion for default judgment without prejudice and gave Plaintiffs until August 23, 2022 to file an amended complaint to the extent they had a good-faith basis to do so. On August 19, 2022, Plaintiffs requested an extension to file an amended complaint by September 2, 2022. The Court granted that request. As of today's date, no amended complaint has been filed.

  Plaintiffs shall have until September 23, 2022 to file an amended complaint if they have a good-faith basis to do so. If they fail to do so, the Court will dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: September 9, 2022
    New York, New York

                     Hon. Ronnie Abrams
                     United States District Judge