UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ICICI BANK LTD. NEW YORK BRANCH and ICICI BANK UK PLC,

                                      Plaintiffs,

-v-

VISHAL DOSHI, NIHAR PARIKH, SANJAY SHAH, and HIREN SHAH,

                                      Defendants.

CIVIL ACTION NO.: 19 Civ. 11788 (RA) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On August 9, 2022, the Honorable Ronnie Abrams denied Plaintiffs' motion for default judgment without prejudice, and permitted Plaintiffs to file an amended complaint to "cure their pleading deficiencies[.]" (ECF No. 174 at 8; see ECF No. 160). On November 11, 2022, Plaintiffs filed an amended complaint. (ECF No. 170 (the "Amended Complaint")). On November 14, 2022, Plaintiffs voluntarily discontinued their claims against certain defendants named in the Amended Complaint, and stated their intention to pursue this action only against defendants t Vishal Doshi, Nihar Parikh, Sanjay Shah, and Hiren Shah (together, "Defendants"). (ECF Nos. 171; 172; see ECF No. 173). To date, Plaintiffs have not filed proof of service of the Amended Complaint on any Defendant, and no Defendant has responded to the Amended Complaint or otherwise appeared.

Accordingly, by **January 27, 2023**, Plaintiffs shall file a letter reporting on the status of their service of the Amended Complaint on each Defendant. If they have served any Defendant, Plaintiffs shall also file proof of service.

Dated:       New York, New York
              January 25, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**