UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ICICI BANK LTD. NEW YORK BRANCH and ICICI BANK UK PLC,

                Plaintiffs,

vs.

VISHAL DOSHI, SHREYAS DOSHI, GEETA DOSHI, RACHNA DOSHI, DARSHAN BANUCHANDRA SHAH APOORVA DOSHI, AMI DOSHI, NIHAR PARIKH, GURUDAS PATWARDHAN, ALPESH PANCHAL, SHRIRAJ DESHPANDE, SANJAY SHAH, SHRIKRISHNA SANT, HIREN SHAH, GENASHI GEMS PRIVATE LIMITED, and TREZZA JEWELS LLP,

                Defendants.

19-CV-11788 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

     On August 21, 2023, Plaintiffs obtained a Clerk's Certificate of Default against Defendants Vishal Doshi, Nihar Parikh, Sanjay Shah, and Hiren Shah. If Plaintiffs intend to move for default judgment, they shall do so by October 21, 2023. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    October 2, 2023
             New York, New York

                                                        Hon. Ronnie Abrams
                                                        United States District Judge