**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ICICI BANK LIMITED, NEW YORK
BRANCH, and ICICI BANK UK, PLC,

                 Plaintiffs,

                                                                                                                       19 **CIVIL** 11788 (LTS)(SLC)

         -against-                                                              **JUDGMENT**

VISHAL DOSHI, NIHAR PARIKH, SANJAY
SHAH, and HIREN SHAH,

                 Defendants.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Memorandum Order dated March 31, 2025, the Court has denied Plaintiff's motion for default judgment. Judgment is entered (1) dismissing ICICI NY's claims with prejudice, for failure to state claims upon which relief may be granted (2) dismissing ICICI UK's claims without prejudice for lack of personal jurisdiction; accordingly, the case is closed.

**DATED**: New York, New York
              March 31, 2025

                                                             **TAMMI M. HELLWIG**
                                                                 **Clerk of Court**

                                                  **BY:** *K. Mango*
                                                               **Deputy Clerk**